# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>          Plaintiff,<br>   v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>          Defendant. | Case No. 2:25-cv-06234-MKC<br><br>**CLASS ACTION**<br><br>Filed November 3, 2025<br><br>**JURY TRIAL DEMANDED** |
| **MARY SIKORA**, on behalf of herself and on behalf of all other similarly situated individuals,<br><br>          Plaintiff,<br>   v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>          Defendant. | Case No. 2:25-cv-06262-MKC<br><br>**CLASS ACTION**<br><br>Filed November 4, 2025<br><br>**JURY TRIAL DEMANDED** |
| **CHRISTIAN BERSANI**, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>          Plaintiff,<br>   v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>          Defendant. | Case No. 2:25-cv-06265-MKC<br><br>**CLASS ACTION**<br><br>Filed November 4, 2025<br><br>**JURY TRIAL DEMANDED** |
| **KELLI MACKEY**, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>          Defendant. | Case No. 2:25-cv-06266-MKC<br><br>**CLASS ACTION**<br><br>Filed November 4, 2025<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| **WENDY BRAUND**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA**,<br><br>    Defendant. | Case No. 2:25-cv-06291-MKC<br><br>**CLASS ACTION**<br><br>Filed November 5, 2025<br><br>**JURY TRIAL DEMANDED** |
| **JOHNATHAN KIM,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>    Defendant. | Case No. 2:25-cv-06320-MKC<br><br>**CLASS ACTION**<br><br>Filed November 7, 2025<br><br>**JURY TRIAL DEMANDED** |
| **REBECCA LUNDY**, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>    Defendant. | Case No. 2:25-cv-06330<br><br>**CLASS ACTION**<br><br>Filed November 7, 2025<br><br>**JURY TRIAL DEMANDED** |
| **ROBIN WASHINGTON SMART,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>    Defendant. | Case No. 2:25-cv-06333-MKC<br><br>**CLASS ACTION**<br><br>Filed November 7, 2025<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| **NEIL GADE,** individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>                      Defendant. | Case No. 2:25-cv-06343-MKC<br><br>**CLASS ACTION**<br><br>Filed November 7, 2025<br><br>**JURY TRIAL DEMANDED** |
| **ELISA SARMIENTO**, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>**THE UNIVERSITY OF PENNSYLVANIA,**<br><br>                      Defendant. | Case No. 2:25-cv-06355-MKC<br><br>**CLASS ACTION**<br><br>Filed November 10, 2025<br><br>**DEMAND FOR A JURY TRIAL** |
| **JASON ROSENBAUM**, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>                      Plaintiff,<br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br><br>                      Defendant. | Case No. 2:25-cv-06357-MKC<br><br>**CLASS ACTION**<br><br>Filed November 10, 2025<br><br>**JURY TRIAL DEMANDED** |
| **MATTHEW LACHS**, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br><br>                      Defendant. | Case No. 2:25-cv-06388-MKC<br><br>**CLASS ACTION**<br><br>Filed November 12, 2025<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| **RYAN O'HARA**, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>　　　　　　　　Defendant. | Case No. 2:25-cv-06408<br><br>**CLASS ACTION**<br><br>Filed November 13, 2025<br><br>**JURY TRIAL DEMANDED** |
| **JASON HUGHES RANSOM**, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA d/b/a THE UNIVERSITY OF PENNSYLVANIA**,<br><br>　　　　　　　　Defendant. | Case No. 2:25-cv-06438-MKC<br><br>**CLASS ACTION**<br><br>Filed November 13, 2025<br><br>**JURY TRIAL DEMANDED** |

**MEMORANDUM OF LAW IN SUPPORT OF MAJORITY PLAINTIFFS' MOTION TO <u>CONSOLIDATE RELATED CASES AND SET DEADLINES</u>**

## TABLE OF CONTENTS

I. INTRODUCTION ................................................................................................................. 1

II. RELEVANT BACKGROUND ............................................................................................. 2

III. ARGUMENT ......................................................................................................................... 3

    A. The Related Actions Should Be Consolidated ................................................................. 3

    B. The Court Should Establish an Interim Class Counsel Application Deadline ............... 5

IV. CONCLUSION ...................................................................................................................... 6

# **TABLE OF AUTHORITIES**

**Page(s)**

**Cases**

*Bersani v. University of Pennsylvania*,
  No. 2:25-cv-06265-MKC (E.D. Pa.)...........................................................................................2

*Braund v. Trustees of the University of Pennsylvania*,
  No. 2:25-cv-06291-MKC (E.D. Pa.)...........................................................................................2

*Cartee-Haring v. Cent. Bucks Sch. Dist.*,
  No. 20-cv-1995, 2021 WL 5506419 (E.D. Pa. Nov. 24, 2021) .................................................4

*Ellerman Lines, Ltd. v. Atlantic & Gulf Stevedores, Inc.*,
  339 F. 2d 673 (3d Cir. 1964)......................................................................................................4

*Gade v. Trustees of the University of Pennsylvania*,
  No. 2:25-cv-06343 (E.D. Pa.) ....................................................................................................3

*Hall v. Healthcare Services Group, Inc.*,
  No. 2:25-cv-04908-JDW (E.D. Pa. Oct. 21, 2025).....................................................................5

*Kelly v. University of Pennsylvania*,
  No. 2:25-cv-06234-MKC (E.D. Pa.)...........................................................................................2

*Kim v. University of Pennsylvania*,
  No. 2:25-cv-06320 (E.D. Pa.) ....................................................................................................3

*Lachs v. University of Pennsylvania*,
  No. 2:25-cv-06388-MKC (E.D. Pa.)...........................................................................................3

*Lundy v. University of Pennsylvania*,
  No. 2:25-cv-06330 (E.D. Pa.) ....................................................................................................3

*Mackey v. University of Pennsylvania*,
  No. 2:25-cv-06266-MKC (E.D. Pa.)...........................................................................................2

*In re NCB Management Services, Inc. Data Breach Litig.*,
  No. 2:23-cv-01236 (E.D. Pa. Jun. 05, 2023)..............................................................................4

*Nelson v. Connexin Software Inc.*,
  No. 2:22-CV-04676, 2023 WL 2721657 (E.D. Pa. Mar. 30, 2023) .......................................4, 5

*O'Hara v. University of Pennsylvania*,
  No. 2:25-cv-06408 (E.D. Pa.) ....................................................................................................3

*In re Onix Group, LLC Data Breach Litig.*,
    No. 2:23-cv-02288 (E.D. Pa. Jul. 19, 2023) ................................................................4

*Sarmiento v. The University of Pennsylvania*,
    No. 2:25-cv-06355 (E.D. Pa) .......................................................................................3

*In re Shop-Vac Mktg. & Sales Practices Litig.*,
    MDL No. 2380, 2013 U.S. Dist. LEXIS 7023 (M.D. Pa. Jan. 17, 2013) ...................5

*Sikora v. University of Pennsylvania*,
    No. 2:25-cv-06262-MKC (E.D. Pa.) ............................................................................2

*Smart v. University of Pennsylvania*,
    No. 2:25-cv-06333-MKC (E.D. Pa.) ............................................................................3

*Tolmasoff v. General Motors, LLC*,
    No. 16-11747, 2016 U.S. Dist. LEXIS 85101 (E.D. Mich. June 30, 2016) ...............5

**Statutes**

Internal Revenue Code § 501(c)(3) .....................................................................................2

MANUAL FOR COMPLEX LITIGATION (FOURTH) § 21.11 (2004) .........................................5

**Other Authorities**

Fed. R. Civ. P. 23(g) ...............................................................................................1, 5, 6

Fed. R. Civ. P. 23(g)(3) ................................................................................................1, 5

Fed. R. Civ. P. 42(a) ..........................................................................................1, 3, 4, 6

Plaintiffs Christopher Kelly, Mary Sikora, Christian Bersani, Kelli Mackey, Wendy Braund, Rebecca Lundy, Robin Washington Smart, Neil Gade, Elisa Sarmiento, and Jason Rosenbaum ("Majority Plaintiffs") submit the following memorandum of law in support of their motion to consolidate related cases and establish deadlines for motions for appointment of interim co-lead class counsel pursuant to Fed. R. Civ. P. 23(g)(3), the filing of a consolidated class action complaint, and the filing of Defendant's response to a consolidated class action complaint.

## I.     INTRODUCTION

Each of the above-captioned cases ("Related Actions") relates to a data security incident that recently occurred at Defendant Trustees of the University of Pennsylvania, also known as the University of Pennsylvania ("Defendant" or "Penn"). As set forth below, the Plaintiffs in 10 of 14 of these cases (i.e., the Majority Plaintiffs) now seek entry of an order consolidating these related matters pursuant to Fed. R. Civ. P. 42(a).

Further, The Majority Plaintiffs also request that the Court enter an order creating a briefing schedule for any plaintiffs' counsel with a pending case against Penn concerning the data security incident to file a motion for appointment as interim class counsel pursuant to Fed. R. Civ. P. 23(g).

The proposed order submitted herewith grants this requested relief and also sets forth a schedule to move these cases forward on a single track. For these reasons and as set forth below, Majority Plaintiffs request that the Court grant this motion and enter the accompanying order.

Majority Plaintiffs have conferred with counsel for Penn, who has authorized the undersigned counsel to represent that without waiver of future arguments on other matters,[1] Penn

---

[1] Specifically, Penn reserves all rights to oppose class certification under Rule 23 or any other form of consolidation or collective action, and disputes many of the assertions in this memorandum.

1

agrees that consolidation of the Related Actions is appropriate and takes no position on the appointment of interim co-lead class counsel.

## II.   RELEVANT BACKGROUND

Penn is a Philadelphia, Pennsylvania-based private research university organized under § 501(c)(3) of the Internal Revenue Code. Penn provides higher education, and in the fall of 2024, it had 24,219 full-time students. Penn is an Ivy League school with a strong global presence.

On or about October 30, 2025, Penn experienced a cybersecurity incident whereby cybercriminals infiltrated its computer systems by compromising an employee's PennKey SSO account ("Data Security Incident"). The Related Actions allege that the Data Security Incident resulted in unauthorized access to sensitive class member information. According to public reports, the Data Security Incident impacts approximately 1.2 million individuals.

Plaintiffs and putative class members are individuals whose sensitive personal information was compromised or potentially compromised in the Data Security Incident. They allege, among other things, that Penn was negligent in storing the sensitive personal information.

The Related Actions pending in this Court relating to the Data Security Incident are listed below:

1. *Kelly v. University of Pennsylvania*, No. 2:25-cv-06234-MKC (E.D. Pa.), filed on November 3, 2025 by Federman & Sherwood and Milberg, PLLC;

2. *Sikora v. University of Pennsylvania,* No. 2:25-cv-06262-MKC (E.D. Pa.), filed on November 4, 2025 by Milberg, PLLC;

3. *Bersani v. University of Pennsylvania*, No. 2:25-cv-06265-MKC (E.D. Pa.), filed on November 4, 2025 by Siri & Glimstad LLP;

4. *Mackey v. University of Pennsylvania*, No. 2:25-cv-06266-MKC (E.D. Pa.), filed on November 4, 2025 by Migliaccio & Rathod LLP and Kopelowitz Ostrow P.A.;

5. *Braund v. Trustees of the University of Pennsylvania*, No. 2:25-cv-06291-MKC (E.D. Pa.), filed on November 5, 2025 by Ahdoot & Wolfson, PC and Shub Johns & Holbrook LLP;

6. *Kim v. University of Pennsylvania*, No. 2:25-cv-06320 (E.D. Pa.), filed on November 7, 2025 by Lynch Carpenter, LLP;

7. *Lundy v. University of Pennsylvania*, No. 2:25-cv-06330 (E.D. Pa.), filed on November 7, 2025 by Kopelowitz Ostrow P.A. and Shamis & Gentile, P.A.;

8. *Smart v. University of Pennsylvania*, No. 2:25-cv-06333-MKC (E.D. Pa.), filed on November 7, 2025 by Laukaitis Law;

9. *Gade v. Trustees of the University of Pennsylvania*, No. 2:25-cv-06343 (E.D. Pa.), filed on November 7, 2025 by Ahdoot & Wolfson, PC and Cotchett, Pitre & McCarthy, LLP;

10. *Sarmiento v. The University of Pennsylvania*, No. 2:25-cv-06355 (E.D. Pa), filed on November 10, 2025 by Ahdoot & Wolfson, PC and Almeida Law Group LLC;

11. *Rosenbaum v. University of Pennsylvania,* No. 2:25-cv-06357-MKC (E.D. Pa.), filed on November 10, 2025 by Milberg, PLLC and Murphy Law Firm;

12. *Lachs v. University of Pennsylvania,* No. 2:25-cv-06388-MKC (E.D. Pa.), filed on November 12, 2025 by Lynch Carpenter, LLP and Zimmerman Reed LLP;

13. *O'Hara v. University of Pennsylvania,* No. 2:25-cv-06408 (E.D. Pa.), filed on November 13, 2025 by Lynch Carpenter, LLP and Levi & Korsinsky LLP; and

14. *Ransom v. The Trustees of the University of Pennsylvania d/b/a The University of Pennsylvania*, No. 2:25-cv-06438-MKC (E.D. Pa.), filed on November 13, 2025 by Lynch Carpenter, LLP and Schubert Jonckheer & Kolbe LLP.

Counsel for Plaintiffs in all the above cases except for the *Kim, Lachs, O'Hara,* and *Ransom* actions (Nos. 2:25-cv-06320, 2:25-cv-06388, 2:25-cv-06408, and 2:25-cv-06438, respectively) have confirmed their agreement that the Related Actions should be consolidated pursuant to Rule 42(a), and that a leadership briefing schedule should be established.

### III. ARGUMENT

#### A. The Related Actions Should Be Consolidated

Rule 42(a) of the Federal Rules of Civil Procedure provides:

> If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.

Fed. R. Civ. P. 42(a).

3

"Rule 42(a) . . . confers upon a district court broad power, whether at the request of a party or upon its own initiate, to consolidate causes for trial as may facilitate the administration of justice." *Cartee-Haring v. Cent. Bucks Sch. Dist.*, No. 20-cv-1995, 2021 WL 5506419, at *1 (E.D. Pa. Nov. 24, 2021) (quoting *Ellerman Lines, Ltd. v. Atlantic & Gulf Stevedores, Inc.*, 339 F. 2d 673, 675-76 (3d Cir. 1964)). To this end, courts have recognized that consolidation is appropriate in data breach cases where two or more cases arise from the same occurrence. *See, e.g.*, *In re Onix Group, LLC Data Breach Litig.*, No. 2:23-cv-02288, ECF No. 14 (E.D. Pa. Jul. 19, 2023) (consolidating six actions, and as well as any future actions, arising out of a data breach); *In re NCB Management Services, Inc. Data Breach Litig.*, No. 2:23-cv-01236, ECF No. 13 (E.D. Pa. Jun. 05, 2023) (consolidating six actions, and any future actions, arising out of a data breach).

As noted above, the complaints in the above-captioned cases relate to common factual allegations and legal theories. They assert multiple common causes of action against the same Defendant, Penn, related to the same factual underpinnings, and seek the same relief in response to the same event, i.e., the data security incident. They each seek certification of similar or overlapping classes and allege that Plaintiffs and class members suffered harm because their sensitive personal information was exposed to third parties without their authorization. Consolidation of these related actions is warranted because it will simplify discovery, pretrial motions, class certification issues, and other case management issues, especially given that the cases are at their procedural inception, and it will avoid delay, duplicative litigation efforts, and the risk of inconsistent rulings, without prejudicing any party. The related actions present the quintessential consolidation scenario, and the Court should consolidate them to ensure judicial economy and preserve party resources. *See, e.g., Nelson v. Connexin Software Inc.*, No. 2:22-CV-

04676, 2023 WL 2721657, at *1 (E.D. Pa. Mar. 30, 2023) (consolidating multiple similar data breach class actions filed in this Court).

### B.  The Court Should Establish an Interim Class Counsel Application Deadline

"Rule 23(g)(3) of the Federal Rules of Civil Procedure provides that the Court 'may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action.'" *In re Shop-Vac Mktg. & Sales Practices Litig.*, MDL No. 2380, 2013 U.S. Dist. LEXIS 7023, at *6 (M.D. Pa. Jan. 17, 2013) (quoting Fed. R. Civ. P. 23(g)). Early appointments are especially beneficial in complex cases where numerous cases have been and continue to be filed because they help to "clarif[y] responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement." MCL § 21.11; *see, e.g.*, *Tolmasoff v. General Motors, LLC*, No. 16-11747, 2016 U.S. Dist. LEXIS 85101, at *27 (E.D. Mich. June 30, 2016) (appointing interim counsel where competing cases "may follow").

Courts in this District routinely consolidate numerous data breach class actions and establish a lead counsel briefing schedule. *See, e.g., Hall v. Healthcare Services Group, Inc.*, No. 2:25-cv-04908-JDW, ECF No. 17 (E.D. Pa. Oct. 21, 2025) (granting motion to consolidate numerous data breach actions, and as well as any future actions, arising out of a data breach, and establishing a deadline for plaintiffs' counsel to submit applications for lead counsel appointment under Fed. R. Civ. P. 23(g)); *Nelson v. Connexin Software Inc.*, No. 2:22-CV-04676, ECF No. 18 (E.D. Pa. Jan. 12, 2023) (consolidating multiple similar data breach class actions filed in this Court and establishing a deadline for plaintiffs' counsel to submit applications for lead counsel appointment under Fed. R. Civ. P. 23(g)).

Majority Plaintiffs respectfully submit that the Court issue a briefing schedule permitting counsel who have filed a case against Penn concerning the Data Security Incident to seek appointment as interim class counsel pursuant to Fed. R. Civ. P. 23(g), either individually or as part of a coalition. Majority Plaintiffs suggest that the deadline to submit leadership applications should be set within 30 days following entry of an order granting this motion. No further briefing or replies by Plaintiffs would be permitted absent further order of the Court, and any response to applications by Penn would be due within 20 days. The order would also relieve Penn from responding to the initial complaints filed in each of the Related Actions, and order (a) the designated interim class counsel to file an operative consolidated class action complaint within 30 days of the appointment order and (b) Penn to answer, move or otherwise respond to the consolidated class action complaint within 60 days.

## IV.     CONCLUSION

For the foregoing reasons, Majority Plaintiffs, Christopher Kelly, Mary Sikora, Christian Bersani, Kelli Mackey, Wendy Braund, Rebecca Lundy, Robin Washington Smart, Neil Gade, Elisa Sarmiento, and Jason Rosenbaum respectfully request that the Court grant this motion, and enter the attached order 1) consolidating the Related Actions, and any future actions filed in, removed to, or transferred to this Court, pursuant to Fed. R. Civ. P. 42(a); 2) set a deadline for motions for appointment of interim co-lead class counsel pursuant to Fed. R. Civ. P. 23(g) to be filed within 30 days of entry of the order granting this motion; 3) relieving Penn from any deadlines to respond to the various initial complaints filed in each of the Related Actions; 4) setting a deadline for designated interim class counsel to file an operative consolidated class action complaint within 30 days of the appointment order; and 5) setting a deadline for Penn to answer, move or otherwise respond to the consolidated class action complaint within 60 days of interim co-lead class counsel filing such consolidated class action complaint.

A proposed order granting this relief is submitted herewith.

Dated: November 14, 2025                             Respectfully submitted,

                                                     By: */s/ Andrew W. Ferich*
                                                     Andrew W. Ferich (PA ID # 313696)
                                                     **AHDOOT & WOLFSON, PC**
                                                     201 King of Prussia Road, Suite 650
                                                     Radnor, PA 19087
                                                     Telephone: (310) 474-9111
                                                     aferich@ahdootwolfson.com

                                                     Benjamin F. Johns (PA ID # 201373)
                                                     **SHUB JOHNS & HOLBROOK LLP**
                                                     Four Tower Bridge
                                                     200 Barr Harbor Drive, Suite 400
                                                     Conshohocken, PA 19428
                                                     Telephone: (610) 477-8380
                                                     bjohns@shublawyers.com

                                                     *Attorneys for Plaintiff Braund*

                                                     Randi Kassan
                                                     **MILBERG, PLLC**
                                                     100 Garden City Plaza, Suite 408
                                                     Garden City, NY 11530
                                                     Telephone: (516) 741-5600
                                                     rkassan@milberg.com

                                                     William B. Federman*
                                                     Jessica A. Wilkes*
                                                     Jonathan Herrera*
                                                     **FEDERMAN & SHERWOOD**
                                                     10205 N. Pennsylvania Ave.
                                                     Oklahoma City, OK 73120
                                                     Telephone: (405) 235-1560
                                                     wbf@federmanlaw.com

                                                     *Attorneys for Plaintiff Kelly*

                                                     Randi Kassan
                                                     **MILBERG, PLLC**
                                                     100 Garden City Plaza, Suite 408
                                                     Garden City, NY 11530
                                                     Telephone: ( 516) 741-5600
                                                     rkassan@milberg.com

David K. Lietz*
**MILBERG, PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
Telephone: (866) 252-0878
dlietz@milberg.com

Gary M. Klinger*
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff Sikora*

Nicholas Sandercock
Tyler J. Bean*
Neil P. Williams*
**SIRI & GLIMSTAD LLP**
New York, NY 10151
Telephone: (212) 532-1091
nsandercock@sirillp.com
tbean@sirillp.com
nwilliams@sirillp.com

*Attorneys for Plaintiff Bersani*

Kenneth J. Grunfeld
Jeff Ostrow*
Kristen Lake Cardoso*
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (954) 332-4200
grunfeld@kolawyers.com
ostrow@kolawyers.com
cardoso@kolawyers.com

Nicholas A. Migliaccio*
Jason S. Rathod*
**MIGLIACCIO & RATHOD LLP**
412 H. Street NE
Washington, DC 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730

8

nmigliaccio@classlawdc.com
jrathod@classlawdc.com

*Attorneys for Plaintiff Mackey*

Kenneth J. Grunfeld
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (954) 332-4200
grunfeld@kolawyers.com

Leanna A. Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
lloginov@shamisgentile.com

*Attorneys for Plaintiff Lundy*

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce Dr Leon, Suite 205 #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff Smart*

Andrew W. Ferich (PA ID # 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
aferich@ahdootwolfson.com

Thomas E. Loeser*
Ellen J Wen*
Kelly A. Aristides*
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel.: (206) 802-1272
Fax: (206) 299-4184
tloeser@cpmlegal.com

9

ewen@cpmlegal.com
karistides@cpmlegal.com

*Attorneys for Plaintiff Gade*

Andrew W. Ferich (PA ID # 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
aferich@ahdootwolfson.com

David S. Almeida*
**ALMEIDA LAW GROUP LLC**
Firm ID 100530
849 W. Webster Avenue
Chicago, IL 60614
Tel: (708) 437-6476
david@almeidalawgroup.com

*Attorneys for Plaintiff Sarmiento*

Randi Kassan
**MILBERG, PLLC**
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: ( 516) 741-5600
rkassan@milberg.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkway., Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

*Attorneys for Plaintiff Rosenbaum*

**pro hac vice forthcoming*

10

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of November, 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

I also served the foregoing on defense counsel via email to the following counsel:

Gregory T. Parks
Kristin M. Hadgis
Shawn F. Summers
Terese M. Schireson
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: (215) 963-5000
kristin.hadgis@morganlewis.com
shawn.summers@morganlewis.com
terese.schireson@morganlewis.com
gregory.parks@morganlewis.com

*Attorneys for the Defendant, The Trustees of the University of Pennsylvania*

                                                */s/ Andrew W. Ferich*
                                                Andrew W. Ferich (PA ID # 313696)