IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all similarly situated individuals,<br><br>              Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>              Defendant. | Master Docket No. 2:25-cv-6234-MKC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Neil Gade ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that he is voluntarily dismissing his individual claims against the Defendant, The Trustees of the University of Pennsylvania, pending in the above-captioned consolidated case, without prejudice. Mr. Gade was a Plaintiff in the administratively terminated civil docket, *Gade v. Trustees of the University of Pennsylvania,* No. 25-cv-6343.

Dismissal under Rule 41(a)(1)(A)(i) is appropriate because this notice is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: January 20, 2026

                                                        /s/ Andrew Ferich
                                                        Andrew W. Ferich (PA ID No. 313696)
                                                        **AHDOOT & WOLFSON, PC**
                                                        201 King of Prussia Road, Suite 650
                                                        Radnor, PA 19087
                                                       Telephone: (310) 474-9111
                                                        Facsmile:  (310) 474-8585
                                                        aferich@ahdootwolfson.com

                                                        *Attorney for Plaintiff*