IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all similarly situated individuals,<br><br>              Plaintiff,<br><br>  v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>              Defendant. | Master Docket No. 2:25-cv-6234-MKC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Wendy Braund ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that she is voluntarily dismissing her individual claims against the Defendant, The Trustees of the University of Pennsylvania, pending in the above-captioned consolidated case, without prejudice. Ms. Braund was a Plaintiff in the administratively terminated civil docket, *Braund v. The Trustees of the University of Pennsylvania,* No. 25-cv-6291 (E.D. Pa.).

Dismissal under Rule 41(a)(1)(A)(i) is appropriate because this notice is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: January 20, 2026

                                                                                                                               _____
                                                                                                   Andrew W. Ferich (PA ID No. 313696)
                                                                                                   **AHDOOT & WOLFSON, PC**
                                                                                                   201 King of Prussia Road, Suite 650
                                                                                                   Radnor, PA 19087
                                                                                                   Telephone: (310) 474-9111
                                                                                                    Facsmile:  (310) 474-8585
                                                                                                   aferich@ahdootwolfson.com

                                                                                                   *Attorney for Plaintiff*