IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>　　　　　Defendant. | Master Docket No. 2:25-cv-6234-MKC |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Adam Korengold ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that he is voluntarily dismissing his individual claims against the Defendant, The University of Pennsylvania, pending in the above-captioned consolidated case, without prejudice. Mr. Korengold was a Plaintiff in the administratively terminated civil docket, *Korengold v. The University of Pennsylvania,* No. 25-cv-6864 (E.D. Pa.).

Dismissal under Rule 41(a)(1)(A)(i) is appropriate because this notice is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: January 21, 2026

　　　　　　　　　　　　　　　　　　　　　／s／ Andrew Ferich
　　　　　　　　　　　　　　　　　　　　　Andrew W. Ferich (PA ID No. 313696)
　　　　　　　　　　　　　　　　　　　　　**AHDOOT & WOLFSON, PC**
　　　　　　　　　　　　　　　　　　　　　201 King of Prussia Road, Suite 650
　　　　　　　　　　　　　　　　　　　　　Radnor, PA 19087
　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 474-9111
　　　　　　　　　　　　　　　　　　　　　Facsmile:　(310) 474-8585
　　　　　　　　　　　　　　　　　　　　　aferich@ahdootwolfson.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*