**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANNIA**

| | |
|---|---|
| **KELLI MACKEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA,**<br><br>Defendant. | CASE NO.: 2:25-cv-06266 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Kelli Mackey ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that she is voluntarily dismissing her claims against the Defendant, The University of Pennsylvania, pending in the above-captioned consolidated case, without prejudice.

Dated: January 23, 2026

Respectfully submitted,

*/s/ Kenneth J. Grunfeld*
Kenneth J. Grunfeld
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 332-4200
grunfeld@kolawyers.com
ostrow@kolawyers.com
KOparalegals@kolawyers.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

>*/s/ Kenneth J. Grunfeld*
>Kenneth J. Grunfeld