IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER F. KELLY, on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant. | Master Docket No. 2:25-cv-6234-MKC |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mary Sikora ("Plaintiff"), by and through the undersigned counsel, hereby gives notice that she is voluntarily dismissing her individual claims against the Defendant, University of Pennsylvania, pending in the above-captioned consolidated case, without prejudice. Ms. Sikora was a Plaintiff in the administratively terminated civil docket, *Sikora v. University of Pennsylvania,* Case No. 2:25-cv-06262.

Dated:  January 29, 2026			Respectfully submitted,

			*/s/ Randi Kassan*
			Randi Kassan
			**MILBERG, PLLC**
			100 Garden City Plaza, Suite 408
			Garden City, NY  11530
			Telephone: (516) 741-5600
			rkassan@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 29, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Randi Kassan*
Randi Kassan  (PA ID 323790)
**MILBERG, PLLC**
100 Garden City Plaza, Suite 408
Garden City, NY  11530
Telephone: (516) 741-5600
rkassan@milberg.com