IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER F. KELLY, for himself and all other similarly situated individuals, Plaintiff, <br><br> v. <br><br> UNIVERSITY OF PENNSYLVANIA, Defendant. | Master Docket No. 25-cv-6234-MKC |

**PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD
CLASS COUNSEL AND PSC PURSUANT TO FED. R. CIV. P. 23(g)**

For the reasons stated in their attached Memorandum, Stephan Zouras, LLC (David J. Cohen), Lynch Carpenter, LLP (Gerald D. Wells, III), and Scott+Scott Attorneys at Law LLP (Erin Green Comite) ("Proposed Interim Co-Lead Class Counsel") respectfully ask this Court to appoint them as Interim Co-Lead Class Counsel in this consolidated case and appoint Morgan & Morgan (John Yanchunis, PSC Chair), Levin Sedran & Berman LLP (Charles E. Schaffer), Robert Peirce & Associates, P.C. (Sara Watkins), Schubert Jonckheer & Kolbe (Amber L. Schubert), Zimmerman Reed LLP (Michael Laird), and Lockridge Grindal Nauen PLLP (Maureen Kane Berg to serve as Interim Plaintiffs' Steering Committee ("PSC") in this consolidated case.

|  |  |
|---|---|
| Dated: January 30, 2026 | Respectfully submitted, <br><br> */s/ David J. Cohen* <br> David J. Cohen (PA 74070) <br> **STEPHAN ZOURAS, LLC** <br> 604 Spruce Street <br> Philadelphia, PA 19106 <br> (215) 873-4836 <br> dcohen@stephanzouras.com <br><br> Ryan F. Stephan (*pro hac vice*) <br> James B. Zouras (*pro hac vice*) |

1

**STEPHAN ZOURAS, LLC**
222 W. Adams Street, Suite 2020
Chicago, IL 60606
(312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com

Gerald D. Wells, III (PA 88277)
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
(267) 609-6910
jerry@lcllp.com

Gary F. Lynch (PA 56887)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
gary@lcllp.com

Erin Green Comite (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
ecomite@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW**
The Helmsley Building
230 Park Ave, 24th Floor
New York, NY 10169
(212) 223-6444
jguglielmo@scott-scott.com

*Proposed Interim Co-Lead Class Counsel
and Counsel for Plaintiffs and the Class*


John A. Yanchunis (*pro hac vice* forthcoming)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

2

(813) 275-5272
*jyanchunis@forthepeople.com*

Charles E. Schaffer (PA 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
*CSchaffer@lfsblaw.com*

Sara Watkins (PA 325770)
**ROBERT PEIRCE & ASSOCIATES, P.C.**
437 Grant Street, Suite 1100
Pittsburgh, PA 15219
(412) 214-7477
*swatkins@peircelaw.com*

Amber L. Schubert (*pro hac vice*)
**SCHUBERT JONCKHEER & KOLBE, LLP**
2001 Union St, Ste 200
San Francisco, CA 94123
(415) 788-4220
*aschubert@sjk.law*

Michael Laird (*pro hac vice* forthcoming)
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612.341.0400
*Michael.laird@zimmreed.com*

Maureen Kane Berg (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN, PLLP**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
612-596-4037
*mkberg@locklaw.com*

*Proposed PSC and Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I certify that today I served a true and correct copy of the foregoing pleading on all record counsel by filing it on the Court's ECF system.

Dated: January 30, 2026         */s/ David J. Cohen*