## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>  Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br><br>  Defendant. | Master Docket No. 2:25-cv-6234-MKC |

### PLAINTIFF KELLY'S MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)

For the reasons set forth in the attached Memorandum of Law, Plaintiff Christopher F. Kelly respectfully requests that the Court, pursuant to Federal Rule of Civil Procedure 23(g), appoint Mark Lanier of the Lanier Law Firm, Gary M. Klinger of Milberg, PLLC, and Jeff Ostrow of Kopelowitz Ostrow P.A. as Interim Co-Lead Class Counsel.

Dated: January 30, 2026

Respectfully submitted,

*/s/ Kenneth J. Grunfeld*
Kenneth J. Grunfeld
Jeff Ostrow (*pro hac vice* pending)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: 954-332-2100
grunfeld@kolawyers.com
ostrow@kolawyers.com

W. Mark Lanier (*pro hac vice* pending)
**THE LANIER LAW FIRM**
10940 W. Sam Houston Pkwy N., Suite 100
Houston, TX 77064
Tel.: 713-659-5200
mark.lanier@lanierlawfirm.com

Gary Klinger (*pro hac vice* pending)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
gklinger@milberg.com

*Proposed Interim Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing instrument was filed using the Court's CM/ECF system on January 30, 2026, which will deliver electronic notice of same to all counsel of record.

*/s/ Kenneth J. Grunfeld*