IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christopher Kelly | : | Case Number: 2:25-cv-6234-MKC |
| Plaintiff, | : | |
| v. | : | |
| University of Pennsylvania | : | |
| Defendant | : | |

ORDER

AND NOW, this __4th__ day of __February__ 2026, it is hereby ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add __Jeff Ostrow__, Esquire as counsel for __Plaintiff Christopher Kelly__. __Jeff Ostrow__ is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).