IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER F. KELLY**, on behalf of himself and on behalf of all other similarly situated individuals,<br>　　　*Plaintiff*,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br>　　　*Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-6234** |
| **RANDI B. DAVIS**, individually and on behalf of all others similarly situated,<br>　　　*Plaintiff*,<br><br>v.<br><br>**UNIVERSITY OF PENNSYLVANIA**,<br>　　　*Defendant*. | **CLASS ACTION**<br><br>**Civ. No. 25-7281** |

## ORDER

**AND NOW**, this 10th day of February, 2026, upon reviewing of the Complaint (ECF No. 1), it is hereby **ORDERED** that this case is consolidated with *Kelly v. Univ. of Penn.*, 2:25-cv-06234-MKC because it involves a common question of law or fact under Federal Rule of Civil Procedure 42(a).

The Clerk of Court shall administratively terminate this case.

BY THE COURT:

_____
MARY KAY COSTELLO, J.